UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: ROBERT L. KRASELNIK, ESQ.

Case 1:07-cv-11634-GEL   Document 2   Filed 01/15/2008   Page 1 of 1

ROBERT PONCE, ETC.

Plaintiff(s)

Index # 07 CV 11634

- against -

Purchased December 28, 2007

AMISH MANHATTAN FARMER'S MARKET, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 9, 2008 at 06:00 PM at

731 9TH AVE.
NEW YORK, NY10019

deponent served the within SUMMONS AND COMPLAINT on AMISH MANHATTAN FARMER'S MARKET, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MR. IRFAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/BALDING | 46 | 5'10 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 10, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 454270

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728