# LAW OFFICE OF HARVEY S. MARS LLC
### 322 West 48th Street, Ste 6R
### New York, New York 10036-1308

(212) 765-4300
FAX: (212) 765-2775
e-mail: jusmars566@aol.com

COUNSEL

ERIC J. LARUFFA
RICHARD P. HEDEMAN*

HARVEY S. MARS

*Admitted in NJ only

April 30, 2008

Via Facsimile [212-805-0436] & First Class Mail

Honorable Gerald E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

Re:   Roberto Ponce v.
      Amish Manhattan Farmer's Market. Inc.
      07 Civ. 11634 (GEL)

Dear Judge Lynch:

This office is counsel to Defendant Amish Manhattan Farmer's Market, Inc. ("Amish Market").

→ until August 11, 2008. ✱

I write to respectfully request a sixty day extension of the discovery deadline in this matter which is currently scheduled to expire on June 10, 2008. The reason for this request is that the parties are in the process of scheduling a settlement conference before Magistrate Judge Peck. At this point the parties prefer devote their time and resources to obtaining a possible settlement of this matter.

My adversary is in agreement with this request and consents to the extension.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Harvey S. Mars

HSM:jr

cc:   Robert L. Kraselnik, Esq./ via Facsimile [212 400-7162] Transmission

SO ORDERED
GERARD E. LYNCH, U.S.D.J.
4/30/08

C:\HSM\AMISH MARKET\Ponce Litigation\Hon Lynch let 3.wpd