**LAW OFFICE OF HARVEY S. MARS**
322 West 48th Street, Ste 6R
New York, New York 10036-1308

(212) 765-4300
FAX: (212) 765-2775
e-mail: jsrmars566@aol.com

HARVEY S. MARS

COUNSEL

ERIC J. LARUFFA
RICHARD P. HEDEMAN*

*Admitted in NJ only

RECEIVED MAY 13 2008 CHAMBERS OF ANDREW J PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/13/08

May 13, 2008

<u>Via Facsimile [212-805-7933] & First Class Mail</u>

United States Magistrate Judge
Andrew J. Peck
United States District Court, SDNY
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

Re: Ponce v. Amish Manhattan
Farmer's Market, Inc.
07 Civ 11634 (GEL) (AJP)

Dear Magistrate Judge Peck:

This office is counsel to the Amish Manhattan Farmer's Market, Inc. ("AMTA"), defendant in the above-referenced litigation.

Please be advised that I am only able to attend the settlement conference scheduled for May 19, 2008 from 3:00 P.M. until 5:00 P.M., due to an important client function that I am required to attend that evening. Due to this circumstance, I am also prepared to meet on May 22, 2008 to further discuss settlement disclosures.

Respectfully submitted,

Harvey S. Mars

**MEMO ENDORSED** 5/13/08

[Handwritten endorsement: Conf. remains 5/19. If anyone's late or the only by phone, court should also hear happens for money of they can't resolve its gap - stay position.]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

cc: Robert L. Kraselnik, Esq./ via Facsimile [212-400-7162] Transmission

**BY FAX**

C:\ISM\AMISH MARKET\Ponce Litigation\Justice Peck re Ponce ltr 1.wpd

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: __May 13, 2008__                    Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Harvey S. Mars, Esq. | 212-765-2775 |
| Robert L. Kraselnik, Esq. | 212-400-7162 |
|  |  |

**MEMO ENDORSED 5/13/08**

Conf. remains 5/19. If everyone is here at **2:30 PM**, we can start early if my 2 PM conf. is over by then. Counsel should also talk before then to see if they can narrow the gap in their positions.

Copy to:   Judge Gerard E. Lynch